69 A.3d 218

Qashime WAGNER, PP# 878428, Petitioner

v.

John DELANEY, Respondent.

No. 54 EM 2013.

Supreme Court of Pennsylvania.

June 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.

69 A.3d 218

Allen KELLY, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Secretary of Corrections John E. Wetzel, SCI Camphill Superintendent Richard Southers, SCI Camphill Grievance Coordinator Michael Bell, SCI Camphill Mailroom Supervisor Tonya Heist, SCI Camphill Mailroom Clerk John Doe or Jane Doe, SCI Pine Grove Superintendent J. Barry Johnson, SCI Pine Grove Grievance Coordinator Judy Smith, SCI Pine Grove Deputy Superintendent Mark Grove, SCI Pine Grove Deputy Superintendent E.P. Bush, SCI Pine Grove Major M.J. Shirley, SCI Pine Grove

Disciplinary Hearing Examiner, F. Nunez, SCI Pine Grove Business Manager Dennis Decker, SCI Pine Grove Mailroom Supervisor Carol Zbur, SCI Pine Grove Mailroom Clerk John Doe or Jane Doe, SCI Pine Grove Laundry Supervisor Joe Coslowe, SCI Pine Grove Culinary Food Service Manager Theresa Bearer, SCI Pine Grove School Principal Dunmyer, et al., Appellees.

Supreme Court of Pennsylvania.

June 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the Order of the Commonwealth Court is **AFFIRMED.**

---

69 A.3d 218

**John R. MITCHELL, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

June 17, 2013.